Heath A. Havey (Nevada Bar No. 7008)
**Havey Law Offices LLC**
3753 Howard Hughes Parkway, Suite 200
Las Vegas, NV 89169
Telephone: (916) 473-3404
Email: hhavey@haveylawoffices.com

Galen T. Shimoda (Utah Bar No. 18094)
[Pro Hac Vice]
Austin D. Sork (Utah Bar No. 19693) [Pro Hac Vice]
**Shimoda & Rodriguez Law, PC**
1414 e. Murray Holladay Road
Holladay, UT 84117
Telephone: (833) 201-0213
Email: attorney@shimodalaw.com
           asork@shimodalaw.com

Attorneys for Plaintiff Ammon Stuber and similarly situated employees

Shannon S. Pierce (Nevada Bar No. 12471)
**FENNEMORE CRAIG, P.C.**
7800 Rancharrah Parkway
Reno, Nevada 89511
Telephone: (775) 788-2260
Facsimile: (775) 788-2279
Email: SPierce@fennemorelaw.com

Attorneys for Defendant
American Homes 4 Rent, L.P.

## IN THE UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| **AMMON STUBER,** individually and on behalf of all other similarly situated employees,<br><br>        Plaintiffs,<br><br>    vs.<br><br>**AMERICAN HOMES 4 RENT, L.P.**, a Nevada Corporation; and DOES 1 to 10, inclusive,<br><br>        Defendants. | **STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME FOR PLAINTIFF TO FILE OPPOSITION TO DEFENDANT'S MOTION TO COMPEL ARBITRATION**<br><br>**(First Request)**<br><br>Case No. 2:25-cv-02418-JAD-BNW<br><br>Judge: Hon. Jennifer A. Dorsey |

Plaintiff Ammon Stuber ("Plaintiff") and Defendant American Homes 4 Rent, L.P. ("Defendant"), by and through their respective counsel of record, hereby stipulate for an order

Stipulation and [Proposed] Order To Extend Time for Opposition

extending the deadline for Plaintiff Ammon Stuber to file an Opposition to Defendant's Motion to Compel Arbitration, filed February 9, 2026.  This is the first stipulation for extension of time to file the Opposition.  The parties respectfully request that the current deadline of February 23, 2026, be extended one week, up to and including March 2, 2026.

Plaintiff requested this extension to allow Plaintiff additional time to prepare the Opposition Brief and examine the exhibits and arguments of Defendant its moving papers.  The parties submit that good cause exists for the requested modification of the filing deadline, that this request is made in good faith, and that the extension will not prejudice any party or affect any other case deadlines. Accordingly, the parties respectfully request that the Court extend Plaintiff's

///

///

///

///

///

///

///

///

///

///

///

///

///

**Stipulation and [Proposed] Order To Extend Time for Opposition**

deadline to file his Opposition to Defendant's Motion to Compel Arbitration up to and including March 2, 2026.

DATED: February 23, 2026.    **FENNEMORE LAW**

 /s/ *Shannon S. Pierce*
Shannon S. Pierce

*Attorneys for Defendant*

DATED: February 23, 2026.    **HAVEY LAW OFFICES LLC**

 /s/ *Heath A. Havey*
Heath A. Havey

*Attorneys for Plaintiff Ammon Stuber*

DATED: February 23, 2026.    **SHIMODA AND RODRIGUEZ LAW, P.C.**

 /s/ *Galen Shimoda*
Galen Shimoda
Justin Rodriguez
Austin Sork

*Attorneys for Plaintiff Ammon Stuber*

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED:    2/25/2026

**Stipulation and [Proposed] Order To Extend Time for Opposition**