**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Ammon Stuber,

      Plaintiff

v.

American Homes 4 Rent, L.P.,

      Defendant

Case No.: 2:25-cv-02418-JAD-BNW

**Order Granting Motion to Dismiss and Closing Case**

[ECF No. 10]

Plaintiff Ammon Stuber filed this action as a putative collective action against his former employer American Homes 4 Rent, L.P., for damages under the Fair Labor Standards Act for failure to pay overtime. American Homes responded with a motion to dismiss and to compel Stuber to submit his individual claims to arbitration based on an employment-related arbitration agreement that Stuber consented to during his onboarding process.[1] With one stipulated extension of time, Stuber's response to that motion was due March 2, 2026.[2] Stuber, who is represented by counsel, neither filed a response nor sought to extend the deadline to do so a second time, leaving the motion unopposed. This court's Local Rule 7-2(d) provides that "[t]he failure of an opposing party to file points and authorities in response to any motion, except a motion under Fed. R. Civ. P. 56 or a motion for attorney's fees, constitutes a consent to the granting of the motion." I apply this rule and deem the plaintiff's failure to respond to the motion as consent to granting it.

---

[1] ECF No. 10.

[2] ECF No. 13.

IT IS THEREFORE ORDERED that **the motion [ECF No. 10] is GRANTED; this case is DISMISSED without prejudice to the plaintiff's ability to pursue his individual claims in arbitration.  The Clerk of Court is directed to CLOSE THIS CASE.**

_____
U.S. District Judge Jennifer A. Dorsey
March 5, 2026